■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY DAVIS, Appellant. [846 NYS2d 62]—Judgment, Supreme Court, New York County (Rogers S. Hayes, J.), rendered on or about May 24, 2004, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Mazzarelli, Saxe, Marlow and Williams, JJ.